IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KATHY ROBERTSON                                     PLAINTIFF

v.                       CASE NO.: 2:14-CV-02121

CAROLYN W. COLVIN,
Commissioner, Social Security Administration             DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation dated April 14, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas (Doc. 11). Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be **ADOPTED IN ITS ENTIRETY**. Accordingly, the Court hereby adopts the Report and Recommendation; **REVERSES** the decision of the Commissioner, and **REMANDS** this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g) (2006).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" i.e., thirty (30) days after the sixty (60) day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED** this 4th day of May, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE